Circuit Court of Appeals for the Second Circuit denied. *Messrs. Herbert Barry, A. G. Thacher,* and *J. K. Summers* for petitioners. *Mr. William O. Badger, Jr.,* for respondent.

No. 1036. BENJAMIN GRATZ *v.* JAMES S. MCKEE, NELLIE CANON BLIVEN, EXECUTRIX OF WILLIAM E. BLIVEN, DECEASED, ET AL. April 12, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. S. Mayner Wallace* for petitioner. No appearance for respondents.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM JANUARY 12, 1926, TO AND INCLUDING APRIL 12, 1926.

No. 133. R. GLAVIN AND LAURA M. GLAVIN *v.* COMMONWEALTH TRUST COMPANY OF PITTSBURGH. Appeal from the Circuit Court of Appeals for the Ninth Circuit. January 13, 1926. Dismissed with costs, on motion of appellants. *Messrs. W. P. Guthrie* and *Charles J. Williams* for appellants. *Messrs. James H. Richards* and *Oliver O. Haga* for appellee.

No. 128. CHARLES MARX, EXECUTOR, *v.* ELIZABETH REINECKE. Error to the Court of Appeals of the State of Maryland. January 13, 1926. Dismissed with costs, on motion of plaintiff in error. *Messrs. John S. Strahorn* and *B. Harris Henderson* for plaintiff in error. *Messrs. William P. Cole, Jr.* and *Lawrence E. Ensor* for defendant in error.

No. 456. CONSOLIDATED COAL COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. January 15, 1926. Dismissed, on motion of appellant; and mandate